IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| AMERICAN CASUALTY COMPANY ) <br> OF READING, PENNSYLVANIA; ) <br> NATIONAL FIRE INSURANCE ) <br> COMPANY OF HARTFORD; and ) <br> TRANSPORTATION INSURANCE ) <br> COMPANY, ) <br> ) <br>    Plaintiffs, ) <br> ) <br>    v. ) <br> ) <br> SKILSTAF, INC, and ) <br> PACA, INC., ) <br> ) <br>    Defendants. ) | CIVIL ACTION NO. <br> 3:08cv333-MHT <br> (WO) |

**ORDER**

The court having been orally informed that the Rule 26(f) report (doc. no. 24) does not reflect the views of all parties, it is ORDERED that the report is rejected. The Rule 26(f) report should be joint, that is, there should be only one report.  If the parties disagree on certain matters, the report should reflect the areas of disagreement as well as those of agreement.

DONE, this the 22nd day of April, 2010.

                            /s/ Myron H. Thompson
                       **UNITED STATES DISTRICT JUDGE**